IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | |
| ED THOMAS FULFORD, III, | : | Civil Action No. |
| | : | 1:08-CR-3-HL |
| Defendant. | : | |

# ORDER

At the Pretrial Conference for this case, the Government made an oral Motion to Continue this case for two reasons. First, Defendant Fulford filed an untimely Motion to Dismiss (Doc. 90) one day before the Pretrial Conference and the Government needed sufficient time to prepare a response. Second, the Government plans to supersede the indictment. As a result, this case is continued to the next term of court. Any delay occasioned by this Order shall be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

SO ORDERED, this the 10th day of April, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc